UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JORGE L. CASTILLO and LUZ DARY
BERMUDEZ,

        Plaintiffs,

-against-

140 ASH ASSOCIATES, LLC, SHALOM
MANAGEMENT 140, SHALOM
MANAGEMENT, INC. and ABRAHAM
MALINOVICH,

        Defendants..
--------------------------------------------------------------X

Docket No.:
16-CV-05216 (FB)(PK)

**STIPULATION OF DISMISSAL**

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs; and

     **IT IS FURTHER STIPULATED AND AGREED**, that this Court shall retain jurisdiction to enforce the Parties' Settlement and Release Agreement; and

     **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: _____, 2017

Law Offices of Arnold W. Drucker, PLLC
*Attorneys for Defendants*

Dated _____, 2017

Rapaport Law Firm
*Attorneys for Plaintiffs*

7

_____
By: Nicholas J. Mattia, Esq.
37-06 82nd St., Suite 200
Jackson Heights, N.Y. 11372
(718) 458-2312

Dated: _____, 2017

_____
By: Marc Rapaport, Esq.
One Penn Plaza, Suite 2430
New York, New York
(212) 382-1600

Dated _____, 2017

SO-ORDERED

*Peggy Kuo*
_____
Hon. Peggy Kuo, U.S.M.J.

8